UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Mickyas Berhanemeskel,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>State of Nevada,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-01371-JAD-DJA<br><br>**Order** |

　　　　This matter is before the Court on *pro se* Plaintiff Mickyas Berhanemeskel's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (ECF No. 2) and Complaint (ECF No. 2-1). Plaintiff's application to proceed *in forma pauperis* is not on the Court's approved form. Under Nevada Local Special Rule (LSR) 1-1, applications to proceed *in forma pauperis* "must be made on the form provided by the court."[1] Instead, it is on the state court form. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice for Plaintiff to re-file a complete application on the correct form or to pay the filing fee. Additionally, Plaintiff's mail has been returned as undeliverable. (ECF No. 4). So, the Court will require Plaintiff to update his address. *See* LR IA 3-1.

　　　　**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is **denied without prejudice.**

　　　　**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and the form application for an inmate to proceed *in forma pauperis* and its accompanying instruction packet.

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/forms/

      **IT IS FURTHER ORDERED** that Plaintiff shall have until **September 5, 2024** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $405 filing fee, which includes the $350 filing fee plus the $55 administrative fee.

      **IT IS FURTHER ORDERED** that Plaintiff must update his address on or before **September 5, 2024**.

      **IT IS FURTHER ORDERED that Plaintiff is advised that failure to comply with this order will result in a recommendation to the district judge that the case be dismissed.**

DATED: August 7, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE