# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Mickyas Berhanemeskel, | Case No. 2:24-cv-01371-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| S. Lopez, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion to extend the time for him to file a certificate of interested parties. (ECF No. 13). The Court finds that Plaintiff has demonstrated good cause to extend the deadline and grants his motion. *See* Fed. R. Civ. P. 6(b).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 13) is **granted.** Plaintiff shall have until **October 23, 2024** to file his certificate of interested parties.

DATED: September 23, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE