# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Mickyas Berhanemeskel,<br><br>Plaintiff,<br><br>v.<br><br>S. Lopez, T. Rundus, B. Truman, LVMPD,<br><br>Defendants. | Case No. 2:24-cv-01371-JAD-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion for additional time to send his USM-285 forms to the USMS for service. (ECF No. 27). Plaintiff explains that he received his summonses returned unexecuted and requires additional time to send new USM-285 forms to the USMS for service. The Court thus grants Plaintiff's motion and will extend the time for Plaintiff to send his forms to the USMS. Finding good cause, the Court will also extend the deadline for Plaintiff to serve Defendants by thirty days. *See* Fed. R. Civ. P. 4(m).

///

///

///

1   **IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 27) is
2   **granted.** Plaintiff shall have until **January 3, 2025**, to send his USM-285 forms to the USMS for
3   service. Plaintiff shall have until **February 19, 2025**, to accomplish service.

4   **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send the
5   following to Plaintiff.

6   (1) A copy of this order.

7   (2) Three copies of the Form USM-285.

8   **IT IS FUTHER ORDERED** that the Clerk of Court is kindly directed to send the
9   following to the USMS.

10  (1) A copy of this order.

11  (2) The three summonses issued at ECF No. 23.

12  (3) Three copies of the complaint filed at ECF No. 19.

14  DATED: December 5, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE