# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Mickyas Berhanemeskel,  Plaintiff,  v.  S. Lopez, T. Rundus, B. Truman, LVMPD,  Defendants. | Case No. 2:24-cv-01371-JAD-DJA  **Order** |

Before the Court is pro se Plaintiff Mickyas Berhanemeskel's motion for leave to file an amended complaint. (ECF No. 62). However, Plaintiff has not attached a proposed amended complaint as required by Local Rule 15-1(a) (stating that "the moving party must attach the proposed amended pleading to a motion seeking leave of court to file an amended pleading."). So, the Court denies Plaintiff's motion without prejudice, meaning that Plaintiff may re-file his motion if he attaches a proposed amended complaint.

Additionally, Plaintiff has filed documents on the docket, which documents he has titled as an "exhibit." (ECF No. 63). However, it is unclear if Plaintiff intended these documents to be an exhibit to his motion to amend or if he is filing evidence on the docket. If Plaintiff intended the documents to be an exhibit to his motion to amend, he should attach them to any renewed motion to amend or his proposed amended complaint. Plaintiff should also explain why he has attached the documents. If Plaintiff intended to file evidence on the docket, the Court informs Plaintiff that it cannot serve as a repository for the parties' evidence. The Court thus strikes Plaintiff's documents and will return them to him.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for leave to file an amended complaint (ECF No. 62) is **denied without prejudice.** The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

1  **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **strike**
2  Plaintiff's exhibit filed at ECF No. 63 and to return those documents to him.

4  DATED: May 9, 2025,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE