UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Mickyas Berhanemeskel,<br><br>        Plaintiff<br>v.<br>S. Lopez. et al.,<br><br>        Defendants | Case No. 2:24-cv-01371-JAD-DJA<br><br>**Amended Order Granting Motion to Supplement Summary-Judgment Briefing**<br><br>ECF No. 96 |

Plaintiff Mickyas Berhanemeskel requests permission to amend his pending motion for summary judgment "in light of [his] finally being able to view the bodycam footage sent by" defense counsel, and which is central to the summary-judgment arguments. Because that motion is already fully briefed, I liberally construe his request as one to supplement his briefing—not amend it—and I grant that request.

IT IS THEREFORE ORDERED that the request for supplemental briefing **[ECF No. 96] is GRANTED. Berhanemeskel may file a "Supplemental Brief in Support of Motion for Summary Judgment" of five pages or less by August 15, 2025**, that addresses only the bodycam footage and how it impacts summary judgment. Defendants may file a response to that supplement of five pages or less no later than seven days after Berhanemeskel's filing. NO FURTHER BRIEFING on the summary-judgment issues will be permitted.

_____
U.S. District Judge Jennifer A. Dorsey
July 30, 2025