**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Mickyas Berhanemeskel,

              Plaintiff,

    v.

S. Lopez, et al.,

              Defendants.

Case No. 2:24-cv-01371-JAD-DJA

**Order**

Before the Court is pro se Plaintiff Mickyas Berhanemeskel's motion "requesting Court Clerk to please send me Appeal papers." (ECF No. 186). In it, Plaintiff asks for the Court to send him "all necessary paperwork" to file an appeal, to tell him the address where to send his appeal, and to tell him how to request certain audio recordings from the Southern Desert Correctional Center warden. The Court cannot provide Plaintiff with free copies or with legal advice. *See Jacobsen v. Filler*, 790 F.2d 1362, 1365-66 (9th Cir. 1986) (explaining that providing legal advice to a pro se litigant "would entail the district court's becoming a player in the adversary process rather than remaining its referee."); *see Jackson v. Philson*, No. 3:20-cv-00009-GMN-CLB, 2020 WL 9888358, at *1 (D. Nev. Sept. 28, 2020) (explaining that, ordinarily, the Court cannot provide free copies even to indigent plaintiffs proceeding without paying the filing fee). However, the Court will send Plaintiff a copy of the notice of appeal form on its website[1] as

---

[1] This form can be found online at https://www.nvd.uscourts.gov/self-help-portal/self-help-general-information/general-forms/ under "Notice of Appeal Form."

a courtesy, and will direct Plaintiff to the Federal Court Self Help Handbook on its website,[2] and to the Federal Rules of Appellate Procedure for the Ninth Circuit.[3]

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 186) is **denied.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order and of the Notice of Appeal Form from the Court's website. [4]

DATED: February 19, 2026

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] This handbook can be found online at https://www.nvd.uscourts.gov/self-help-portal/self-help-general-information/self-help-handbook-guides-and-centers/ under "Federal Court Self Help Handbook."

[3] These rules can be found online at https://www.ca9.uscourts.gov/rules/

[4] This form can be found online at https://www.nvd.uscourts.gov/self-help-portal/self-help-general-information/general-forms/ under "Notice of Appeal Form."