Christopher J. Lalli (5398)
**HUTCHISON & STEFFEN, PLLC**
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:  702-385-2500
Facsimile:   702-385-2086

*Attorneys for Defendants*
*Police Officer Sergio Lopez;*
*Police Officer Trevor Rundus;*
*Police Officer Lorson Kade;*
*Corrections Sergeant Brandeis Truman;*
*LVMPD*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICKYAS BERHANEMESKEL, | Case No.        2:24-cv-1371-JAD-DJA |
| Plaintiffs, | |
| vs. | **SUBSTITUTION OF COUNSEL** |
| S. LOPEZ, T. RUNDUS, LORSON KADE, B. TRUMAN; LVMPD | |
| Defendants. | |

Defendants Police Officers Sergio Lopez, Trevor Rundus, Lorson Kade, Corrections Sergeant Brandeis Truman, and LVMPD ("Defendants") substitute the law firm of Hutchison & Steffen, PLLC as their attorneys of records in place and stead of the law firm of Lewis Brisbois Bisgaard & Smith LLP.

Dated this 21st day of May, 2026.

By:      */s/Matthew Christian*
　　　　　Assistant General Counsel

　　　　　On behalf of Defendants

///

The law firm of Lewis Brisbois Bisgaard & Smith LLP agrees and consents to the substitution of the law firm of Hutchison & Steffen, PLLC as the attorneys of record for Defendants.

Dated this 21st day of May, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/Robert W. Freeman*
Robert W. Freeman (3062)
E. Matthew Freeman (14198)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV  89118

The law firm of Hutchison & Steffen, PLLC accepts substitution as attorneys for Defendants in this matter.

Dated this 21st day of May, 2026.

**HUTCHISON & STEFFEN, PLLC**

*/s/Christopher J. Lalli*
Christopher J. Lalli (5398)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendants*
*Police Officer Sergio Lopez,*
*Police Officer Trevor Rundus;*
*Police Officer Lorson Kade;*
*Corrections Sergeant Brandeis Truman;*
*LVMPD*

**IT IS SO ORDERED**.

DATED: 6/3/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I am an employee of Hutchison & Steffen, PLLC, and that on this 1st day of June, 2026, I caused a copy of the foregoing **SUBSTITUTION OF COUNSEL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and or parties of record.

*/s/Danielle Kelley*
An Employee of Hutchison & Steffen, PLLC